# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 703 MAL 2019

        Respondent                    :

                                       :   Petition for Allowance of Appeal
                                       :   from the Order of the Superior Court

        v.                         :

ANGEL MARTINEZ,                   :

        Petitioner                       :

COMMONWEALTH OF PENNSYLVANIA,     :   No. 704 MAL 2019

        Respondent                    :

                                         :   Petition for Allowance of Appeal
                                       :   from the Order of the Superior Court

        v.                         :

ANGEL MARTINEZ,                   :

        Petitioner                       :

COMMONWEALTH OF PENNSYLVANIA,     :   No. 705 MAL 2019

        Respondent                    :

                                         :   Petition for Allowance of Appeal
                                       :   from the Order of the Superior Court

        v.                         :

ANGEL MARTINEZ,                   :

        Petitioner                       :

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 28th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.